1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  300 South First Street, Suite 342
   San Jose, California 95113
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  E-mail: service@moorelawfirm.com

5  Attorney for Plaintiff
   Darren Gilbert

6

7

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10

11 | DARREN GILBERT,              ) No. 2:21-cv-01984-WBS-KJN
12 |         Plaintiff,           ) **STIPULATION GRANTING PLAINTIFF**
13 |   vs.                        ) **LEAVE TO FILE FIRST AMENDED**
                                  ) **COMPLAINT; ORDER**
14 | 7-ELEVEN, INC., et al.,      )
15 |         Defendants.          )
16 |                              )
17 |_____)

18    **WHEREAS,** Plaintiff, Darren Gilbert ("Plaintiff"), seeks to amend his complaint to allege additional access barriers which relate to his disability which were identified during the pendency of this action;

21    **WHEREAS**, the Ninth Circuit both urges and requires Plaintiff to identify in his complaint all barriers identified which relate to his disability. *Chapman v. Pier 1 Imports (U.S.) Inc.*, 631 F.3d 939, 944 (9th Cir. 2011); *Oliver v. Ralphs Grocery Co.,* 654 F.3d 903, 909 (9th Cir. 2011);

25    **WHEREAS**, Plaintiff has not unduly delayed the amendment, does not bring it in bad faith, the amendment is not futile, and such amendment does not prejudice defendants 7-Eleven, Inc., Jatinder Brar dba 7-Eleven #23615, Jatinder Singh Brar dba 7-Eleven #23615, I-Chung Ho, Trustee of the Ho Living Trust dated October 26, 1991, Min-Ching Ho, Trustee of

the Ho Living Trust dated October 26, 1991, and Kathleen A. Ho ("Defendants"), nor does the amendment in any way change the nature of the action;

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between Plaintiff and Defendants, through their respective attorneys of record, that Plaintiff may file a First Amended Complaint, a copy of which is attached hereto as Exhibit "A."

**IT IS FURTHER STIPULATED** that Plaintiff file his First Amended Complaint within five (5) calendar days of the Court's Order permitting such filing, and that Defendants' responses thereto shall be due as required by the Federal Rules of Civil Procedure.

**IT IS SO STIPULATED**.

Dated: August 8, 2022   MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorney for Plaintiff,
Darren Gilbert

Dated: August 8, 2022   CALL & JENSEN
A Professional Corporation

*/s/ Michael S. Orr*
Julie R. Trotter
Michael S. Orr
Attorneys for Defendants,
7-Eleven, Inc., Jatinder Brar dba 7-Eleven #23615, Jatinder Singh Brar dba 7-Eleven #23615, I-Chung Ho, Trustee of the Ho Living Trust dated October 26, 1991, Min-Ching Ho, Trustee of the Ho Living Trust dated October 26, 1991, and Kathleen A. Ho

## ATTESTATION

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorney for Plaintiff,
Darren Gilbert

**ORDER**

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff may file his First Amended Complaint, a copy of which was filed with the Parties' stipulation, within five (5) calendar days of the date this Order is filed.

**IT IS FURTHER ORDERED** that Defendants' response thereto shall be filed within the time required by the Federal Rules of Civil Procedure.

**IT IS SO ORDERED**.

Dated:  August 8, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE