Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California 95113
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: service@moorelawfirm.com

Attorney for Plaintiff
Darren Gilbert

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>7-ELEVEN, INC., et al.,<br><br>　　　　Defendants. | No. 2:21-cv-01984-WBS-KJN<br><br>**STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, AND TO MODIFY SCHEDULING ORDER; ORDER**<br><br>Current Dates:<br>MSJ Hearing: April 17, 2023<br>Pretrial Conference: May 22, 2023<br>Jury Trial: July 25, 2023<br><br>Hon. William B. Shubb |

**WHEREAS,** Plaintiff, Darren Gilbert ("Plaintiff"), has filed a motion for summary judgment which is currently set for hearing on April 17, 2023 (Dkt. 18);

**WHEREAS**, due to a scheduling conflict, Plaintiff's counsel will be unable to attend the hearing at that time;

**WHEREAS**, Plaintiff and Defendants 7-Eleven, Inc., Jatinder Brar dba 7-Eleven #23615, Jatinder Singh Brar dba 7-Eleven #23615, I-Chung Ho, Trustee of the Ho Living Trust dated October 26, 1991, Min-Ching Ho, Trustee of the Ho Living Trust dated October 26, 1991, and Kathleen A. Ho ("Defendants"), are available for the hearing on May 30, 2023;

1 **WHEREAS**, continuance of the dispositive motion hearing also necessitates modification of the Status (Pretrial Scheduling) Order (Dkt. 13), as the pre-trial conference is presently set for May 22, 2023, prior to the proposed motion hearing date;

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between Plaintiff and Defendants, through their respective attorneys of record, that the hearing on Plaintiff's motion for summary judgment be continued to May 30, 2023 at 1:30 p.m., and that the Status (Pretrial Scheduling) Order be modified to continue the pre-trial conference to July 17, 2023 at 1:30 p.m. and the jury trial to September 26, 2023 at 9:00 a.m.

**IT IS SO STIPULATED**.

Dated: April 10, 2023            MOORE LAW FIRM, P.C.

                                 */s/ Tanya E. Moore*
                                 Tanya E. Moore
                                 Attorney for Plaintiff,
                                 Darren Gilbert

Dated: April 10, 2023            CALL & JENSEN
                                 A Professional Corporation


                                 */s/ Michael S. Orr*
                                 Julie R. Trotter
                                 Michael S. Orr
                                 Attorneys for Defendants,
                                 7-Eleven, Inc., Jatinder Brar dba 7-Eleven #23615, Jatinder Singh Brar dba 7-Eleven #23615, I-Chung Ho, Trustee of the Ho Living Trust dated October 26, 1991, Min-Ching Ho, Trustee of the Ho Living Trust dated October 26, 1991, and Kathleen A. Ho

**ORDER**

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that the hearing on Plaintiff's Motion for Summary Judgment (Dkt. 18) is continued to **May 30, 2023 at 1:30 p.m.** in Courtroom 5.

**IT IS FURTHER ORDERED** that the Status (Pretrial Scheduling) Order (Dkt 13) is hereby modified, in that the Pretrial Conference will take place on **July 17, 2023 at 1:30 p.m**. in Courtroom 5, and the Jury Trial will begin on **September 26, 2023 at 9:00 a.m.** in Courtroom 5.

**IT IS SO ORDERED**.

Dated:  April 12, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE