Julie R. Trotter, Bar No. 209675
  jtrotter@calljensen.com
Michael S. Orr, Bar No. 196844
  msorr@calljensen.com
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel:   (949) 717-3000
Fax:   (949) 717-3100

Attorneys for Defendants 7-Eleven, Inc. dba 7-Eleven #23615, Jatinder Brar dba 7-Eleven #23615, Jatinder Singh Brar dba 7-Eleven #23615, I-Chung Ho, Trustee of the Ho Living Trust dated October 26, 1991, Min-Ching Ho, Trustee of the Ho Living Trust dated October 26, 1991, and Kathleen A. Ho

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARREN GILBERT,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>7-ELEVEN, INC. dba 7-ELEVEN #23615; JATINDER BRAR dba 7-ELEVEN #23615; JATINDER SINGH BRAR dba 7-ELEVEN #23615; I-CHUNG HO, Trustee of the HO LIVING TRUST dated October 26, 1991; MIN-CHING HO, Trustee of the HO LIVING TRUST dated October 26, 1991; KATHLEEN A. HO,<br><br>　　　　Defendants. | Case No.  2:21-cv-01984 WBS KJN<br><br>**STIPULATION AND ORDER TO WAIVE JURY TRIAL** |

|   |   |
|---|---|
|   | Complaint Filed: October 26, 2021 |
|   | Trial Date: September 26, 2023 |

Plaintiff Darren Gilbert ("Plaintiff") and Defendants 7-Eleven, Inc. dba 7-Eleven #23615, Jatinder Brar dba 7-Eleven #23615, Jatinder Singh Brar dba 7-Eleven #23615, I-Chung Ho, Trustee of the Ho Living Trust dated October 26, 1991, Min-Ching Ho, Trustee of the Ho Living Trust dated October 26, 1991, and Kathleen A. Ho ("Defendants") hereby mutually stipulate to waive trial by jury and agree to have all issues tried to the Court.

**IT IS SO STIPULATED.**

Dated: September 7, 2023        MOORE LAW FIRM, P.C.

By: */s/ Tanya E. Moore*
    Tanya E. Moore

Attorney for Plaintiff, Darren Gilbert

Dated: September 8, 2023        CALL & JENSEN
A Professional Corporation
Julie R. Trotter
Michael S. Orr

By: */s/ Michael S. Orr*
    Michael S. Orr

Attorneys for Defendants 7-Eleven, Inc. dba 7-Eleven #23615, Jatinder Brar dba 7-Eleven #23615, Jatinder Singh Brar dba 7-Eleven #23615, I-Chung Ho, Trustee of the Ho Living Trust dated October 26, 1991, Min-Ching Ho, Trustee of the Ho Living Trust dated October 26, 1991, and Kathleen A. Ho

## ORDER

**IT IS ORDERED**:

The parties' waiver of jury is accepted, and the case will be tried and set as a bench trial.

Dated: September 8, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE