UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| DARREN GILBERT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>7-ELEVEN, INC. dba 7-ELEVEN #23615; JATINDER BRAR dba 7-ELEVEN #23615; JATINDER SINGH BRAR dba 7-ELEVEN #23615; I-CHUNG HO, Trustee of the HO LIVING TRUST dated October 26, 1991; MIN-CHING HO, Trustee of the HO LIVING TRUST dated October 26, 1991; and KATHLEEN A. HO,<br><br>　　　　Defendants. | No. 2:21-cv-01984 WBS KJN<br><br><br>ORDER |

----oo0oo----

Plaintiff has filed a motion for attorney's fees. (Docket No. 58.)  The day the motion was filed, defendant 7-Eleven, Inc. filed its notice of appeal.  (Docket No. 57.)

"The filing of a notice of appeal is an event of jurisdictional significance--it confers jurisdiction on the court

1

of appeals and divests the district court of its control over those aspects of the case involved in the appeal." Griggs v. Provident Consumer Disc. Co., 459 U.S. 56, 58 (1982).  Even where there are issues before the district court that are not involved in an appeal, the court can stay a proceeding pending the outcome of the appeal.  See Nken v. Holder, 556 U.S. 418, 421 (2009). The power to stay proceedings "is incidental to the power inherent in every court to control the disposition of the cases on its docket with economy of time and effort for itself, for counsel, and for litigants." Landis v. N. Am. Co., 299 U.S. 248, 254 (1936).

Because defendant's appeal presumably involves the issue of whether plaintiff proved a violation of the Americans with Disabilities Act and the Unruh Act, the appeal may resolve whether plaintiff is entitled to any attorney's fees at all.  In the interest of judicial economy, all proceedings, including as to plaintiff's motion for attorney's fees, are hereby STAYED pending the outcome of defendant's appeal.  The hearing on plaintiff's motion for attorney's fees set for January 8, 2024 is VACATED.  The parties shall file a joint status report within 14 days after the Ninth Circuit issues a decision in the appeal.

IT IS SO ORDERED.

Dated:  December 6, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2