UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| DARREN GILBERT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>7-ELEVEN, INC., ET AL.,<br><br>　　　　Defendants. | No. 2:21-cv-1984-WBS-KJN |

----oo0oo----

Pursuant to the Ninth Circuit's Order remanding this matter to this court to address any issues raised by the substitution of plaintiff's successors during the pendency of the appeal (Docket No. 69), this matter is set for status conference at 1:30 p.m., on December 15, 2025, in Courtroom 5 of the Robert T. Matsui United States Courthouse, 501 I Street, Sacramento, California.

On or before December 8, 2025, counsel for each side shall file a status report identifying and discussing each issue

1

1  that the court needs to address pursuant to this remand.
2           IT IS SO ORDERED.
3  Dated:  November 19, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE