UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| DARREN GILBERT,<br><br>        Plaintiff,<br><br>   v.<br><br>7-ELEVEN, INC dba 7-ELEVEN #23615, et al.,<br><br>        Defendant. | No. 2:21-cv-1984-WBS-CSK<br><br>ORDER REFERRING CASE TO MAGISTRATE JUDGE FOR FURTHER PROCEEDINGS |

----oo0oo----

This matter was remanded to this court by the Ninth Circuit's mandate to address any issues raised by the substitution of plaintiff's successors during the pendency of the appeal under Federal Rule of Appellate Procedure 43, Fed. R. App. P. 43. (Docket No. 69.) After reviewing the parties' status reports, the court is of the view that whatever remaining issues there are would be appropriately resolved by the assigned magistrate judge.

IT IS ORDERED that, pursuant to 28 U.S.C. § 636(b)(3),

1

1 | the case is referred to the assigned magistrate judge for further
2 | proceedings consistent with this Order.
3 |         IT IS FURTHER ORDERED that the status conference
4 | scheduled for December 15, 2025, is hereby vacated.

6 | Dated:  December 11, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2