UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARREN GILBERT,

          Plaintiff,

    v.

7-ELEVEN, INC., DBA 7-ELEVEN #23615,

          Defendant.

Case No.  2:21-cv-01984-WBS-CSK

ORDER

(ECF No. 92)

On May 28, 2026, the magistrate judge filed findings and recommendations (ECF No. 92), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. On June 11, 2026, Defendant filed objections to the findings and recommendations (ECF No. 93). On June 25, 2026, Plaintiff filed a response to the objections (ECF No. 94). The Court has considered all objections raised.

In accordance with 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review. The Court has carefully reviewed the file, including Defendant's objections and Plaintiff's response to the objections, and finds the findings and recommendations are supported by the record and by proper analysis. The Court therefore concludes that it is appropriate to adopt the findings and recommendations in full.

Accordingly, IT IS HEREBY ORDERED that:

    1.    The findings and recommendations (ECF No. 92) are ADOPTED IN FULL;

1

2.    Plaintiff's motion to substitute successors in interest (ECF No. 88) is GRANTED;

3.    Tara Gilbert, Cynthia Kemplin, Daryl Gilbert, and Steven Gilbert are substituted as successors in interest for Plaintiff Darren Gilbert; and

4.    The Clerk of Court is directed to update the docket accordingly.

Dated:  July 2, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

8/gilb21cv1984.JO.obj

2